

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 1, 2019

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Bonner & Gibney v. Central Intelligence Agency*
              No. 18 Civ. 11256 (CM)

Dear Judge McMahon:

      The parties write respectfully to provide a report on the status of this matter, which has been stayed for 60 days to permit the Central Intelligence Agency's Prepublication Review Board ("PRB") to conduct a supplemental review of a manuscript by former Federal Bureau of Investigation Special Agent Ali Soufan, a non-party.

      The PRB received the manuscript on March 19, 2019, and had anticipated completing the review within 45 days, or by May 1, 2019. However, the PRB has determined it will need an additional two weeks, or until May 17, 2019, to complete the review. Thereafter, the parties will meet and confer regarding any remaining redactions to the manuscript, to determine if any disputes remain.

      The parties respectfully propose that they submit a further status report to the Court by June 17, 2019, to advise the Court whether any disputes remain and, if so, to propose a schedule for further proceedings. The parties further request that the stay remain in place pending further Order of the Court.

We thank the Court for its consideration of this letter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United State Attorney for the
    Southern District of New York

By: /s/ *Sarah S. Normand*
    SARAH S. NORMAND
    CHRISTOPHER CONNOLLY
    Assistant U.S. Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone:  (212) 637-2709 /2761
    Facsimile:  (212) 637-2730
    Sarah.Normand@usdoj.gov
    Christopher.Connolly@usdoj.gov

*Counsel for Defendant CIA*

MEDIA FREEDOM AND
INFORMATION
ACCESS CLINIC

By: */s/ David A. Schulz*
    David A. Schulz
    1675 Broadway, 19th Floor
    New York, NY 10019
    Tel: (212) 850-6103
    schulzd@ballardspahr.com

    Charles Crain (*pro hac vice* application forthcoming)
    Yale Law School
    P.O. Box 208215
    New Haven, CT 06520-8215
    Tel: (203) 436-5824
    Fax: (203) 432-3034
    Charles.crain@ylsclinics.org

*Counsel for Plaintiffs*

cc:    David Kelley, Esq., counsel for Ali Soufan (by email)