UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND BONNER and ALEX GIBNEY,<br><br>Plaintiffs<br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | Case No. 18 Civ. 11256 (CM) |

### STIPULATION OF DISMISSAL PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

It is hereby stipulated and agreed by and between the parties that the above-captioned matter is **dismissed** pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice.

Respectfully submitted this 30th day of August 2019.

| | |
|---|---|
| MEDIA FREEDOM AND<br>INFORMATION ACCESS<br>CLINIC<br><br>By: /s/ David A. Schulz<br>David A. Schulz<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>Tel: (212) 850-6103<br>schulzd@ballardspahr.com<br><br>*Counsel for Plaintiffs Alex Gibney and Raymond Bonner* | GEOFFREY S. BERMAN<br>United State Attorney<br><br>By: /s/ Sarah S. Normand    FP<br>Sarah S. Normand<br>Assistant U.S. Attorney<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2709<br>Sarah.Normand@usdoj.gov<br><br>*Counsel for Defendant CIA* |